# United States Court of Appeals
### District of Columbia Circuit
### Washington, D.C. 20001-2866

**Case Caption:** CRUISE CONNECTIONS CHARTER MANAGEMENT 1, LP, et ano.,
Plaintiffs-Appellants,

v.

**Case No:** 09-7060

ATTORNEY GENERAL OF CANADA, et al.
Defendants-Appellees.

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

- ☐ Appellant(s)/Petitioner(s)
- ✓ Appellee(s)/Respondent(s)
- ☐ Intervenor(s)
- ☐ Amicus Curiae

**Names of Parties:**
- Attorney General of Canada
- Royal Canadian Mounted Police
- Her Majesty the Queen in Right of Canada

### Counsel Information

**Lead Counsel:** John M. Townsend
**Direct Phone:** (202) 721-4640   **Fax:** (202) 721-4646   **Email:** townsend@hugheshubbard.com

**2nd Counsel:** Scott H. Christensen
**Direct Phone:** (202) 721-4644   **Fax:** (202) 721-4646   **Email:** christen@hugheshubbard.com

**3rd Counsel:**
**Direct Phone:**   **Fax:**   **Email:**

**Firm Name:** Hughes Hubbard & Reed LLP
**Firm Address:** 1775 I Street, N.W., Washington, D.C. 20006
**Firm Phone:** (202) 721-4600   **Fax:** (202) 721-4646   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

[USCADC Form 3 (Rev. Mar 2004)]

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2009, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have served the foregoing document by Federal Express for delivery within 3 calendar days, to the following non-CM/ECF participants:

>Jack M. Strauch
>STRAUCH & FITZGERALD, P.C.
>118 South Cherry Street
>Winston-Salem, North Carolina 27101
>
>Louis J. Rouleau
>WOMBLE CARLYLE SANDRIDGE
>   & RICE, PLLC
>1401 I Street, N.W., 7th Floor
>Washington, D.C. 20005
>
>David J. Mazza
>WOMBLE, CARLYLE, SANDRIDGE
>   & RICE, PLLC
>One West Fourth Street
>Winston-Salem, North Carolina 27101

                                                   /s/ Scott H. Christensen
                                                   Scott H. Christensen